*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KIRKBY, BROWN, and GANNON
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jeremy W. STARK**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202400165**

———————————

Decided: 5 December 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Aran T. Walsh

Sentence adjudged 8 March 2024 by a special court-martial tried at Marine Corps Air Station Yuma, Arizona, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 90 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Colonel Maryann N. McGuire, USMCR*

———————————

[1] Appellant was credited with having served 93 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.